| | | |
|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/Davon Allen
Deputy

United States of America
v.
Edras Esau GUTIERREZ-MATEU

Case No. 2:25-mj-30228

FILED USDC - CLRK DET
2025 APR 17 AM 9:06

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edras Esau GUTIERREZ-MATEU,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about April 7, 2025, GUTIERREZ-MATEU, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and willfully representing himself to be a citizen of the United States to a U.S. Border Patrol Agent in the Eastern District of Michigan. The statements and representations were false because, as GUTIERREZ-MATEU then and there knew, he is not a United States citizen, all in violation of Title 18, United States Code, Section 1001.

Date:  April 14, 2025

*Elizabeth A. Stafford*
*Issuing officer's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-14-2025, and the person was arrested on *(date)* 4-15-2025
at *(city and state)* Detroit, Michigan

Date: 4-15-2025

*Arresting officer's signature*
Michael Everson (BPA)
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA